1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10   KATHLEEN D. GATES,                     CASE NO. 13cv2611-MMA (DHB)

11                          Plaintiff,     **ORDER VACATING HEARING**
                                           **DATE & DENYING DEFENDANTS'**
12        vs.                              **MOTION TO DISMISS AS MOOT**

13   MCT GROUP, INC., et al,                [Doc. No. 3]

14                         Defendants.

15          On October 29, 2013, Plaintiff Kathleen D. Gates commenced this fair debt

16   collection action against Defendants MCT Group, Inc. and the Law Offices of Peter

17   W. Singer.  *See* Doc. No. 1.  Defendants have filed a motion to dismiss Plaintiff's

18   complaint.  *See* Doc. No. 3.  The motion is currently set for hearing on January 6,

19   2014.  In lieu of any opposition papers, Plaintiff timely filed a First Amended

20   Complaint.  *See* Doc. No. 4.  The complaint which Defendants move to dismiss is no

21   longer the operative pleading in this action, as an amended complaint supersedes the

22   original complaint.  *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997);

23   *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).  Thus, Defendants' motion has

24   become moot.  Accordingly, the Court **VACATES** the previously scheduled motion

25   hearing and **DENIES AS MOOT** Defendants' motion to dismiss Plaintiff's original

26   complaint.

27          **IT IS SO ORDERED**.

28   DATE: December 30, 2013            _____
                                        Hon. Michael M. Anello, U.S. District Judge

                                   - 1 -                              13cv2611