# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATHLEEN D. GATES,**<br><br>                    PLAINTIFF,<br><br>v.<br><br>**MCT GROUP, INC. AND THE LAW OFFICES OF PETER W. SINGER,**<br><br>                    DEFENDANTS. | Case No: 3:13-CV-02611-MMA-DHB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>[DOC. NO. 57] |

Based upon the parties' Joint Motion for Dismissal, the Court hereby **DISMISSES** this action as to Defendant MCT Group, Inc. with prejudice.

As Defendant Law Office of Peter W. Singer was previously dismissed from this action on March 13, 2015 [Docket No. 53], and there are no additional defendants remaining in the action, this Order becomes the final order and judgment of the Court as to the entire action. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED**.

Dated: May 4, 2015

HON. MICHAEL M. ANELLO
UNITED STATES DISTRICT JUDGE