NAME AND ADDRESS OF ATTORNEY

Robert L. Hyde, Esq. (SBN: 227183)
Jessica R. K. Dorman, Esq. (SBN: 279919)
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108

PHONE: (619) 233-7770

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE  Hon. Michael M. Annello

COURT REPORTER

Kathleen D. Gates

CIVIL NO. 3:13-cv-02611-MMA-DHB

(Appellant/Appellee)        Plaintiff

vs

MCT Group, Inc. and The Law Offices of Peter W. Singer

NOTICE OF APPEAL        (Civil)

(Appellant/Appellee)        Defendant

Notice is hereby given that  Kathleen D. Gates

**x** Plaintiff _____ Defendant above named, hereby appeals to the United States Court of Appeals for the:   (check appropriate box)

**x** Ninth Circuit                Federal Circuit

from the:     (check appropriate box)

**x** Final Judgment            **X** Order (describe) Order Granting Defendant's MSJ, Dkt: 503, 3/13/15 Merged into final judgment

entered in this proceeding on the __4__ day of May 20 15.

Transcripts required      Yes      **x** No.

Date civil complaint filed:    10/29/13

Date: ~~5/6/15~~ 5/12/15              Signature: /s/ Jessica R. K. Dorman

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)